## Fulton's License.

OPINION BY RICE, J., November 15, 1915:

The question involved in this appeal is the same as that considered and decided in Pierce's License, ante p. 397, in which we herewith file an opinion and, for the reasons there given, the order is affirmed.